*S. H. Dyer,* for plaintiff in error.    *A. H. Freeman,* contra.

---

18640.   KERSEY *v.* THE STATE.

BROYLES, C. J.   The defendant was convicted of possessing intoxicating liquors.   The State introduced a confession made by him, and proved the corpus delicti.   Such proof authorized the jury to find that it was sufficient corroboration of the confession.   *Davis* v. *State,* 105 *Ga.* 808 (3) (32 S. E. 158).   The verdict was authorized by the evidence and the court did not err in overruling the motion for a new trial, which contained the usual general grounds only.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Possessing intoxicating liquor; from Jeff Davis superior court—Judge J. H. Thomas.   October 29, 1927.

*Chastain & Henson,* for plaintiff in error.

*W. B. Gibbs, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 736, n. 50; p. 1180, n. 74.

---

18644.   ELROD *v.* THE STATE.

BROYLES, C. J.   The verdict was amply authorized by the evidence, and none of the grounds of the motion for a new trial show cause for a reversal of the judgment below.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Manslaughter; from Jackson superior court—Judge Stark.   October 31, 1927.

*E. C. Stark, Shackelford, Shackelford & Davis,* for plaintiff in error.

*Pemberton Cooley, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.